# NO. 12-17-00266-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE: ALLSTATE FIRE &* | *§* | |
| *CASUALTY INSURANCE COMPANY,* | *§* | *ORIGINAL PROCEEDING* |
| *RELATOR* | *§* | |

### MEMORANDUM OPINION
### PER CURIAM

Allstate Fire and Casualty Insurance Company filed an original mandamus proceeding complaining of the trial court's May 24, 2017 order compelling discovery related to severed and abated claims arising from uninsured/underinsured motorist insurance coverage and July 26 order denying Allstate's motion for reconsideration. On November 8, 2017, this Court conditionally granted Allstate's petition and directed Respondent to vacate his May 24, 2017 order granting Margarita Galaz's second motion to compel and its July 26 order denying Allstate's motion for reconsideration and ordering payment of Galaz's attorney's fees incurred as a result of Allstate's motion. By an order signed on November 9, Respondent has complied with this Court's opinion and order, rendering this proceeding moot. Accordingly, we dismiss Allstate's petition for writ of mandamus as ***moot***.

Opinion delivered November 30, 2017.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**NOVEMBER 30, 2017**

**NO. 12-17-00266-CV**

**ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,**
Relator
V.

**HON. JEFF FLETCHER,**
Respondent

## ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus filed by Allstate Fire & Casualty Insurance Company; who is the relator in Cause No. DC-2016-346, pending on the docket of the 402nd Judicial District Court of Wood County, Texas. Said petition for writ of mandamus having been filed herein on August 29, 2017, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*